AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Cindy Rohrbach

                Plaintiff,

v.

Trueaccord Corp.

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-00330-JCM-BNW

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Cindy Rohrbach shall recover from Trueaccord judgment in the amount of $1,000.00, inclusive of all costs and attorneys fees.

October 7, 2019  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Matott  
Deputy Clerk