Michael Kind, Esq.
Nevada Bar No. 13903
Gustavo Ponce, Esq.
Nevada Bar No.: 15804
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808
FAX: (800) 520-5523
mkind@kazlg.com
gustavo@kazlg.com
*Attorneys for Plaintiff Cindy Rohrbach*
*Individually and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cindy Rohrbach, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Trueaccord Corp.,<br><br>Defendant. | Case No.: 2:19-cv-00330-JCM-BNW<br><br>**Stipulation and Order to Extend Plaintiff's Deadline to File Plaintiff's Motion for Fees and Costs**<br><br>**[First Request]** |

IT IS HEREBY STIPULATED between Plaintiff Cindy Rohrbach ("Plaintiff") and Defendant TrueAccord Corp. ("Defendant" and together with Plaintiff, the "Parties") pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, that the time for Plaintiff to file Plaintiff's Motion for Fees and Costs is extended thirty (30) days, up to and including November 20, 2019. Plaintiff requested and Defendant agreed to this extension to allow continuing discussions to resolve the issue of Plaintiff's

requested attorneys' fees and costs without the need for the parties to expend additional resources. This stipulation to extend time is in good faith and not sought for the purposes of delay. This is the first request by Plaintiff for an extension of this deadline.

DATED this 8th day of October 2019.

**Kazerouni Law Group, APC**

By: /s/ Gustavo Ponce
Michael Kind, Esq.
Gustavo Ponce, Esq.
6069 S. Fort Apache Rd., Ste 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*


**Messer Strickler, Ltd.**

*By:* /s/ Nicole Strickler
Nicole Strickler, Esq. (*Pro Hac Vice*)
225 W. Washington St., Suite 575
Chicago, IL 60606
*Attorneys for Defendant*
*Trueaccord Corp.*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 9, 2019

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on October 8, 2019, the foregoing Stipulation was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Michael Kind, Esq.
Gustavo Ponce, Esq.
6069 S. Fort Apache Rd., Ste 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*