AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Cindy Rohrbach

                                        AMENDED JUDGMENT IN A CIVIL CASE

                Plaintiff,

v.                                     Case Number: 2:19-cv-00330-JCM-BNW

Trueaccord Corp.

                Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered Cindy Rohrbach shall recover from TrueAccord judgment in the amount of $1,000 for statutory damages under the FDCPA and $6,000 in attorney's fees and costs.

9/14/2020                                                DEBRA K. KEMPI
Date                                                         Clerk

                                                                /s/ M. Reyes
                                                              Deputy Clerk